THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. LENOX, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Appeal from an order granting to relator an alternative writ of mandamus.

PER CURIAM: We are of the opinion that no issues are raised requiring the issuance of any writ. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs to the appellant. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.